UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA
                Plaintiff

-v.-

                                      NOTICE OF APPEARANCE

VICTOR MARTE-ESTRELLA
                Defendant         CRIM. NO.: 1:08-mj-00568

_____

SIRS:

       YOUR ARE HEREBY NOTIFIED THAT I APPEAR FOR VICTOR MARTE-ESTRELLA, THE DEFENDANT IN THE ABOVE-ENTITLED MATTER.

                                              Respectfully Submitted,

                                              GENESIS A. PEDUTO /s/
                                              Attorney for Defendant
                                              8512 Kennedy Boulevard
                                              North Bergen, NJ 07047
                                              Tel. (201) 868-2240
                                              Fax. (201) 868-2292
                                              E-Mail: Legalgpedutoesq@aol.com

Dated: 03-19-2008